# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1703

_____

STATE OF FLORIDA,

   Appellant,

v.

CHRISTOPHER JOSEPH KOEPKE,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

October 16, 2019

PER CURIAM.

   AFFIRMED.

WOLF, B.L. THOMAS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley Moody, Attorney General, Sharon Traxler, Assistant Attorney General, Joseph Licandro, Assistant State Attorney, Tallahassee, for Appellant.

Deana K. Marshall of Law Office of Deana K. Marshall, P.A., Riverview, for Appellee.